Argued and submitted January 18, reversed and remanded; affirmed on cross-appeal
February 1, 1984

## LADUM,

*Appellant - Cross-Respondent,*

*v.*

## MOORE,

*Respondent - Cross-Appellant.*

(A8012-07292; CA A28127)

675 P2d 515

E. J. Simmons, Portland, argued the cause for appellant - cross-respondent. With him on the briefs was Rosenbaum & Simmons, Portland.

Marshall L. Amiton, Portland, argued the cause and filed the brief for respondent - cross-appellant.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In this action on four promissory notes, plaintiff, as the prevailing party, was entitled to an award of an attorney fee. *See Carlson v. Blumenstein,* 293 Or 494, 651 P2d 710 (1982); *Illingworth v. Bushong,* 61 Or App 152, 656 P2d 370 (1982).

Reversed and remanded for determination of an appropriate award of attorney fees to plaintiff; affirmed as to cross-appeal.